■ RALPH P. PENNINO, Appellant, v LASERSURGE, INC., et al., Respondents. (Appeal No. 1.)—Order unanimously re-

versed on the law without costs, motion denied and first and second causes of action reinstated. Memorandum: Supreme Court erred in granting defendants partial summary judgment dismissing plaintiff's first and second causes of action. In the first cause of action plaintiff seeks a declaration that he is owner of 5% of defendant Lasersurge, Inc. In the second cause of action plaintiff seeks to compel specific performance of the issuance of 5% of the corporate stock. Although there is no written agreement in support of those causes of action, there is a question of fact whether plaintiff's payment by check to defendant Sauer of $2,250 for one share of Lasersurge, Inc. and plaintiff's intention to purchase an additional four shares is sufficient to avoid the Statute of Frauds (see, UCC 8-319 [b]; *Palmerton v Envirogas, Inc.,* 80 AD2d 996, 997; *APS Food Sys. v Ward Foods,* 70 AD2d 483). The order in the second appeal, denying plaintiff's motion to reargue, is not appealable (see, *Gifaldi v Dumont Co.,* 172 AD2d 1025; *Empire Ins. Co. v Food City,* 167 AD2d 983). (Appeal from Order of Supreme Court, Monroe County, Curran, J.—Dismiss Complaint.) Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.